**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 19–03935–jw                                      Chapter: 13

**In re:**
Cherita A. Trotter

| Entered By The Court 8/9/19 | ORDER TO PAY FILING FEE IN INSTALLMENTS | **Filed By The Court** 8/9/19 Laura A. Austin Clerk of Court US Bankruptcy Court |
|---|---|---|

This matter comes before the Court upon the filing of an Application to Pay Filing Fee in Installments. On 08/05/2019, Debtor paid $100.00 of the filing fee directly to the United States Bankruptcy Court. After consideration of the application and for cause shown:

**IT IS ORDERED** that the balance of $210.00 be paid directly to the United States Bankruptcy Court according to the following schedule:

70.00   on or before September 9, 2019

70.00   on or before October 8, 2019

70.00   on or before November 7, 2019

**IT IS FURTHER ORDERED** that in cases in which the debtor(s) are represented by an attorney at the time of the filing of the application, until the filing fees is paid in full, the debtor(s) shall not make any additional payments to that attorney or any other person for services in connection with this case. In instances where the debtor(s) filed the case without the assistance of an attorney, the debtor(s) may make payment to an attorney in order to retain counsel as long as the debtor(s) pay the installment payments timely as ordered herein.[1].

**IT IS FURTHER ORDERED** that any application by the debtor(s) to convert the case to another chapter, prior to the filing fee being paid in full, must be accompanied either by the balance of the filing fee or an application to pay the filing fee in installments in the new chapter provided that the balance of all fees shall be paid not later than one–hundred twenty (120) days from the date of the petition, unless otherwise ordered.

**IT IS FURTHER ORDERED** that should this case be dismissed for any reason prior to the fees being paid in full, the balance of the fees will be due within ten (10) days after the entry of the order of dismissal.

**AND IT IS SO ORDERED.**

*John E Waites*

United States Bankruptcy Judge

---

[1] Fed. R. Bankr. P. 1006 prohibits "further payments to an attorney" until the filing fee has been paid if the attorney was retained prior to the filing of an application to pay the filing fee in installments.