**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 19–03935–jw                                          Chapter: 13

**In re:**
Cherita A. Trotter

**DEFICIENCY NOTICE**

| Filed By The Court |
|---|
| **9/16/19**<br>**Laura A. Austin**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

To: Cherita A. Trotter

You have submitted to the Court for filing a document, Notice of Voluntary Conversion 13 to 7, which was received on 9/12/2019. The Notice of Voluntary Conversion 13 to 7 is deficient for the following reason(s):

☐ The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).

☐ No signature (written or conformed (shown by "/s/ John Doe")).

☐ Electronic event and image do not match. Explanation:

☐ Improper or no linkage of document. Explanation:

☐ No B121 Form (Your Statement About Your Social Security Number).

☐ The motion which should be noticed passively has not met all of the requirements of SC LBR 9013–4. Explanation:

☐ Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.

☐ Filing not in accordance with official forms.

☐ Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien – Without Passive Hearing Notice.

☑ Other: **Pursuant to the Orde Granting the Initial Application to Pay Filing Fees in Installment the order states upon a conversion you must pay the balance of the initial filing fee or file a new application as to the new chapter 7.**

Please cure the deficiency by **September 26, 2019**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By: B Mobley, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436