**Notice Recipients**

District/Off: 0420–2          User: mobley             Date Created: 9/16/2019
Case: 19–03935–jw             Form ID: 320jwBNC        Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Cherita A. Trotter        PMB 144 Pavilion Street        Summerville, SC 29483

TOTAL: 1