**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 19–03935–dd                                          Chapter: 7

**In re:**
Cherita A. Trotter

| Entered By The Court<br>12/17/19 | **ORDER RE: RELIEF FROM STAY** | **Filed By The Court**<br>**12/17/19**<br>Laura A. Austin<br>Clerk of Court<br>US Bankruptcy Court |
|---|---|---|

Before the court is the 11 U.S.C. § 362 motion of Santander Consumer USA Inc. filed October 29, 2019. After notice and hearing (see §362(e)), **IT IS ORDERED, ADJUDGED AND DECREED** as indicated below:

**X**  RS–I  The motion is granted and judgement is hereby ordered for movant.

__  RS–II  The motion is denied and judgement to that effect is hereby ordered.

__  RS–III  A settlement agreement has been reached between the parties, subject to a proposed consent (agreed upon) order setting forth the terms of the agreement being submitted to this court within thirty (30) days from the date of this order. Absent the submission and entry of a consent order within thirty (30) days of this date, the stay is terminated pursuant to 11 U.S.C. §362(e). Should the action or inaction of any party unduly delay the timely submission of the order, appropriate sanctions for such conduct may be considered by the court.

__  RS–IV  A settlement agreement has been reached between the parties which will require notice pursuant to Bankruptcy Rule 4001. If, following such notice, no objection is filed, the movant shall submit to the court a proposed consent order, setting for the terms of the agreement. Inasmuch as the movant has waived the automatic lifting of the §362(a) stay, the stay will remain in effect until further order of this court.

__  RS–V  At the request of the parties, the automatic stay will remain in effect until further order of this court or until the case is closed or dismissed, whichever first occurs.

__  RS–VI  The hearing of the motion today is a preliminary hearing and, because there is a reasonable likelihood that the party opposing the relief from the stay will prevail at the conclusion of the final hearing, or by consent of the parties, the stay shall continue in effect until the conclusion of a final hearing which shall be commenced on the date and time announced in court at today's hearing.

__  RS–VII  At the request of a party in interest and the automatic lifting of the stay having been waived by the movant, the hearing scheduled for today is continued until the date and time announced in court at today's hearing.

Chief United States Bankruptcy Judge