# Notice Recipients

District/Off: 0420–2    User: admin    Date Created: 2/5/2020
Case: 19–03935–dd    Form ID: 166BNC    Total: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
543715342    Wilshire Consumer Credit    4751 Wilshire Blvd #100 L

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
aty    Sara C. Hutchins    wayne@crawfordvk.com
aty    Theodore Von Keller    wayne@crawfordvk.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Cherita A. Trotter    PMB 144 Pavilion Street    Summerville, SC 29483
tr    James M. Wyman    PO Box 997    Mount Pleasant, SC 29465–0997
tr    Kevin Campbell    PO Box 684    Mount Pleasant, SC 29465
543684368    COLLATERAL RECOVERY    818 COLLEGE PARK ROAD    LADSON SC 29456
543688200    LVNV Funding, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
543697647    Pinnacle Service Solutions LLC    4408 Milestrip Rd #247    Blasdell, NY 14219
543707733    Premier Bankcard, Llc    Jefferson Capital Systems LLC Assignee    Po Box 7999    Saint Cloud Mn 56302–9617
543684367    SANTANDER CONSUMER USA INC    PO BOX 660633    DALLAS TX 75266–0633
543691458    Santander Consumer USA, Inc.    P.O. Box 560284    Dallas, TX 75356
543696210    SunTrust Bank    Bankruptcy Dept.    P.O. Box 85092    Richmond, VA 23286
543717308    Verizon    by American InfoSource as agent    PO Box 4457    Houston, TX 77210–4457
543712949    Wells Fargo Bank, N.A.    Wells Fargo Card Services    PO Box 10438, MAC F8235–02F    Des Moines, IA 50306–0438
543713216    World Finance Corp. c/o World Acceptance Corp.    Attn: Bankruptcy Processing Center    PO Box 6429    Greenville, SC 29606

TOTAL: 13